Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | **JUDGE BLAKEY** | Sitting Judge if Other than Assigned Judge | **MAGISTRATE JUDGE KIM** |
|---|---|---|---|
| **CASE NUMBER** | 14-GJ-00090 | **DATE** | OCTOBER 25, 2018 |
| **CASE TITLE** | U.S. v. ANTHONY HENRY, ET AL. | | **18CR 726** |

**DOCKET ENTRY TEXT**  **UNDER SEAL**

### Grand Jury Proceeding

The Grand Jury for  SPECIAL JULY 2018  the Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _____

---

TO ISSUE BENCH WARRANTS TO BOTH DEFENDANTS. THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANTS DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142.

THE DISTRICT COURT CLERK'S OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT U.S. ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT, THE NAME OF THE JUDGE, MAGISTRATE JUDGE, AND THE DOCKET NUMBER ASSIGNED TO THIS CASE, AS WELL AS CERTIFIED COPIES OF THE INDICTMENT AND THE ARREST WARRANT AS REQUESTED BY THE ASSIGNED ASSISTANT U.S. ATTORNEY, IN ORDER TO EXPEDITE ARRAIGNMENT OF THE ARRESTED DEFENDANT.

PRIOR TO SEALING, THE GOVERNMENT REQUEST THAT THREE (3) COPIES OF THE ARREST WARRANT BE PROVIDED TO THE INVESTIGATING LAW ENFORCEMENT AGENT, SPECIAL AGENT BROOKS ABRAMSON, DEPARTMENT OF LABOR, IN ORDER TO EXECUTE THE ARREST OF THE DEFENDANTS.

THE INDICTMENT AND WARRANTS ARE TO REMAIN SEALED UNTIL THE ARREST OF THE DEFENDANTS OR UNTIL FURTHER ORDER OF THE COURT.

SIGNATURE OF JUDGE _____ (ONLY IF FILED
or MAGISTRATE JUDGE                                                       UNDER SEAL)

Courtroom Deputy Initials: 

**FILED**

OCT 2 5 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Page 1 of 1